UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANDRES GOMEZ,                                           CASE: 18-cv-21907-WILLIAMS

    Plaintiff,
v.

CALIFORNIA PIZZA KITCHEN, INC.,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, ANDRES GOMEZ, and Defendant, CALIFORNIA PIZZA KITCHEN, INC., hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement.  The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice.  Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

    Respectfully submitted this 20th, day of March, 2019.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Nelson C. Bellido* |
| ANTHONY J. PEREZ | NELSON C. BELLIDO |
| Florida Bar No.: 535451 | Florida Bar No.: 974048 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | ROIG LAWYERS |
| 4937 S.W. 74th Court, Unit #3 | 44 W. Flagler Street, Suite 2100 |
| Miami, FL 33155 | Miami, FL 33130 |
| Telephone: (305) 553- 3464 | Telephone: (305) 405-0997 |
| Facsimile: (305)553-3031 | Facsímile: (305) 405-1022 |
| Primary Email: ajperezlaw@gmail.com | Email: nbellido@roiglawyers.com |
| Secondary Email: | jlorenzo@roiglawyers.com |
| ddunn@lawgmp.com; | *Attorney for Defendant, California* |
| aquezada@lawgmp.com | *Pizza Kitchen, Inc.* |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20th, 2019 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

                **GARCIA-MENOCAL, & PEREZ, P.L.**

                *Attorneys for Plaintiff*
                4937 SW 74th Court, No. 3
                Miami, FL 33155
                Telephone: (305) 553-3464
                Facsimile: (305) 553-3031
                Primary E-Mail:  ajperez@lawgmp.com


By: ___*/s/ Anthony J. Perez, Esq.*_____
      ANTHONY J. PEREZ